# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154610

AGILITY HEALTH, L.L.C.,
   Plaintiff/Counter-
   Defendant-Appellant,

v

SC: 154610
COA: 324571
Kent CC: 13-000830-CK

FPCG HEALTH, L.L.C., d/b/a FORBES
PRIVATE CAPITAL GROUP,
   Defendant/Counter-
   Plaintiff-Appellee.

_____/

   On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



           Clerk

d0314